```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ROBERT I. LESTER (CBN 116429)
 4  Assistant United States Attorney
         300 North Los Angeles Street, Rm 7516        CLOSED
 5       Los Angeles, CA 90012
         Telephone: (213) 894-2464
 6       Facsimile: (213) 894-7819

 7  Attorneys for defendants
    United States District Judges Gary Fenner and Ortrie Smith,
 8  United States Magistrate Judge Robert Larsen, Federal District
    Court for the Western District of Missouri, and United States of
 9  America
```

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. FLETCHER, | No. CV 10-02268 DDP(FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF MISSOURI; MISSSOURI SUPREME COURT; MARY RUSSELL; LINDA TURLEY; ORTRIE SMITH; GARY FENNER; FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI; ROBERT LARSEN; LOS ANGELES COUNTY PROSECUTOR'S OFFICE and SCOTT CARBAUGH, | |
| Defendants. | |

Pursuant to the order dated July 13, 2010,

IT IS ORDERED AND ADJUDGED that:

1. the plaintiff take nothing;

2. The action is dismissed without prejudice as to the common law tort claims asserted against the United States pursuant to the Federal Tort Claims Act.

2. the action is dismissed without prejudice as to the Bivens claims asserted against United States District Judges Gary Fenner and Ortrie Smith, and United States Magistrate Judge Robert Larsen;

3. the action is dismissed with prejudice as to the Bivens claims asserted against the Western District of Missouri and the United States of America.

4. the action is dismissed without prejudice as to the breach of contract claim asserted against United States District Judges Gary Fenner and Ortrie Smith, United States Magistrate Judge Robert Larsen, the Western District of Missouri, and/or the United States of America.

5. the action is dismissed with prejudice as to the Administrative Procedure Act claim against United States District Judges Gary Fenner and Ortrie Smith, United States Magistrate Judge Robert Larsen, the Western District of Missouri, and/or the United States of America.

6. the action is dismissed with prejudice as to the claims asserted against State of Missouri, the Missouri Supreme Court, Mary Russell, and Cynthia L. Turley (erroneously sued as Linda Turley).

1    7.   the action is dismissed without prejudice as to the
2         claims asserted against the Los Angeles County Prosecutor's
3         Office and Scott Carbaugh.

DATED: August 3, 2010

_____
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/ Robert I. Lester
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Defendants
United States District Judges Gary Fenner
and Ortrie Smith, United States
Magistrate Judge Robert Larsen,
Federal District Court for the
Western District of Missouri,
and the United States of America