ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    300 North Los Angeles Street, Rm 7516    CLOSED
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819

Attorneys for defendants
United States District Judges Gary Fenner and Ortrie Smith, United States Magistrate Judge Robert Larsen, Federal District Court for the Western District of Missouri, and United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. FLETCHER, | No. CV 10-02268 DDP(FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF MISSOURI; MISSSOURI SUPREME COURT; MARY RUSSELL; LINDA TURLEY; ORTRIE SMITH; GARY FENNER; FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI; ROBERT LARSEN; LOS ANGELES COUNTY PROSECUTOR'S OFFICE and SCOTT CARBAUGH, | |
| Defendants. | |

1  Pursuant to the order dated July 13, 2010,
2  IT IS ORDERED AND ADJUDGED that:
3      1.  the plaintiff take nothing;
4      2.  The action is dismissed without prejudice as to
5  the common law tort claims asserted against the United
6  States pursuant to the Federal Tort Claims Act.
7      2.  the action is dismissed without prejudice as to
8  the <u>Bivens</u> claims asserted against United States District
9  Judges Gary Fenner and Ortrie Smith, and United States
10 Magistrate Judge Robert Larsen;
11     3.  the action is dismissed with prejudice as to the
12 <u>Bivens</u> claims asserted against the Western District of
13 Missouri and the United States of America.
14     4.  the action is dismissed without prejudice as to
15 the breach of contract claim asserted against United States
16 District Judges Gary Fenner and Ortrie Smith, United States
17 Magistrate Judge Robert Larsen, the Western District of
18 Missouri, and/or the United States of America.
19     5.  the action is dismissed with prejudice as to the
20 Administrative Procedure Act claim against United States
21 District Judges Gary Fenner and Ortrie Smith, United States
22 Magistrate Judge Robert Larsen, the Western District of
23 Missouri, and/or the United States of America.
24     6.  the action is dismissed with prejudice as to the
25 claims asserted against State of Missouri, the Missouri
26 Supreme Court, Mary Russell, and Cynthia L. Turley
27 (erroneously sued as Linda Turley).
28

7. the action is dismissed without prejudice as to the claims asserted against the Los Angeles County Prosecutor's Office and Scott Carbaugh.

DATED: August 3, 2010

_____
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/ Robert I. Lester
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Defendants
United States District Judges Gary Fenner
and Ortrie Smith, United States
Magistrate Judge Robert Larsen,
Federal District Court for the
Western District of Missouri,
and the United States of America